[No. 31231-6-I.  Division One.  September 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. WINBUSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02582-1, Arthur E. Piehler, J., entered August 3, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33670-3-I.  Division One.  September 19, 1994.]

NIKKI TORREY, ET AL, *Appellants*, v. THE CITY OF TUKWILA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-14989-3, Liem E. Tuai, J., entered May 18, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 30630-8-I.  Division One.  September 19, 1994.]

ARNIE R. MELUM, ET AL, *Appellants*, v. PAUL L. REITER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-02658-7, David T. Patterson, J. Pro Tem., entered April 3, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J., concurred in by Coleman and Agid, JJ.

[No. 15374-2-II.  Division Two.  September 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CASEY ALLEN THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00476-5, Roger A. Bennett, J., entered October 3, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Skimas, J. Pro Tem.